# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

v.

CARLOS BADILLO

WARRANT FOR ARREST

CASE NUMBER: 1:06mj87-SRW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __CARLOS BADILLO__
                                                                            Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐Indictment ☐Information ☒Complaint ☐Order of court ☐Violation Notice ☐Probation Violation Petition

charging him or her with (brief description of offense)

knowingly and intentionally combine, conspire, confederate, and agree with other persons, both known and unknown, to knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectible amount of methamphetamine, and a mixture and substance containing a detectible amount of cocaine hydrochloride, both Schedule II Controlled Substances,

in violation of Title __21__, United States Code, Section(s) __846__.

| SUSAN RUSS WALKER | UNITED STATES MAGISTRATE JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | August 23, 2006    Montgomery, Alabama |
| Signature of Issuing Officer | Date and Location |

(By) Deputy Clerk

Bail fixed at $_____ by _____

Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/81) Warrant for Arrest