| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: October 23, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 2:52 - 3:03 |

√ ARRAIGNMENT        ☐ CHANGE OF PLEA        ☐ CONSENT PLEA
☐ RULE 44(c) HEARING        ☐ SENTENCING

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker        **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr213-MEF-VPM        **DEFENDANT NAME:** Carlos Badillo
**AUSA:** David Cooke        **DEFENDANT ATTORNEY:** Timothy Halstrom

Type counsel ( )Waived; ( )Retained; (√)CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? ( )NO; (√)YES   Name: ** Beverly Childress

---

√ This is defendant's **FIRST APPEARANCE.**
√ Financial Affidavit executed. **ORAL MOTION** for appointment of Counsel.
√ **ORAL ORDER** appointing CJA Panel Attorney Timothy Halstrom. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**        √ Not Guilty
        ☐ Guilty as to:
            ☐ Count(s):
            ☐ Count(s):        ☐ dismissed on oral motion of USA
                        ☐ to be dismissed at sentencing
☐ Written plea agreement filed   ☐ **ORDERED SEALED**
☐ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts
√ CRIMINAL TERM:   3/12/07        √ WAIVER OF SPEEDY TRIAL filed.
        DISCOVERY DISCLOSURE DATE:   10/23/06   (except fingerprint report)
☐ **ORDER:** Defendant continued under ☐ same bond;  ☐ summons; for:
        ☐ Trial on _____; ☐ Sentencing on _____
√ Defendant remanded to custody of U. S. Marshal

**\*\*Discussions with defendant regarding whether or not he needs an interpreter. Defendant states he understands English and does not need an interpreter. Proceeding continue without interpreter.**

**Government's ORAL motion for detention hearing. Hearing to be set later if deemed necessary.**