IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| **PLAINTIFF** * | |
| * | |
| v. * | CR NO. 2:06cr213-MEF |
| * | |
| **CARLOS BADILLO** * | |
| **DEFENDANT** * | |

### NOTICE OF APPEARANCE

Comes now the undersigned and gives notice unto the court that he accepts the court's appointment as Counsel for Defendant, **Carlos Badillo**. Further, Defendant prays pleadings and notices pertaining to this case be served upon him on behalf of said Defendant.

Respectfully submitted this day, October 24, 2006.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Defendant Badillo

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com  - email

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 24, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification to all interested parties as appropriate.

              /s/Timothy C. Halstrom
              Timothy C. Halstrom
              Bar Number HAL021