| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** November 13, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 9:05 - 9:07 |

### PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:06-cr-00213-MEF-VPM | **DEFENDANT(S)** Carlos Badillo, Kelly McDougal |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| David Cooke | * | Timothy Halstrom (Badillo) |
| | * | Pate DeBardeleben (McDougal) |
| | * | |
| | * | |

❒ **DISCOVERY STATUS:**
   Completed - no problems

❒ **PENDING MOTION STATUS:**
   Defendant McDougal has filed motion to continue trial

❒ **PLEA STATUS:**
   Probable plea as to both defendants Badillo and McDougal
   Notice of intent to change plea to be filed on or before noon on February 28, 2007 as to Badillo
   Notice of intent to change plea to be filed on or before noon on November 15, 2006 as to McDougal
   unless motion to continue is granted.

❒ **TRIAL STATUS**
   Trial time 2 -3 days

❒ **REMARKS:**