IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr213-MEF |
| | ) | |
| CARLOS BADILLO | ) | |
| KELLY MCDOUGAL | ) | |
| CHRISTINE ALBIN | ) | |
| LAWANA ALBIN | ) | |

## **ORDER**

For good cause, it is

ORDERED that the portion of the pretrial order setting a pretrial conference for February 16, 2007 be and is hereby vacated.

DONE, this 5th day of December, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE