IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr213-WEF |
| | ) | |
| CARLOS BADILLO | ) | |
| KELLY MCDOUGAL | ) | |
| CHRISTINE ALBIN | ) | |
| LAWANA ALBIN | ) | |

## ORDER ON MOTION

For good cause, it is

ORDERED that the Motion to Substitute Attorney filed December 19, 2006 (Doc. #64), is GRANTED. Assistant United States Attorney Susan Redmond is hereby substituted in place of Assistant United States Attorney K. David Cooke as representation for the government in this case.

DONE this 12th day of January 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE