**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
|     **PLAINTIFF** | * |
| | * |
| **v.** | *   CR NO. 2:06cr213-MEF |
| | * |
| **CARLOS BADILLO** | * |
|     **DEFENDANT** | * |

**MOTION TO PRODUCE CLIENT AT PRE-TRIAL CONFERENCE**

    Comes now the undersigned and advises the Court that Defendant has expressed a desire to be present at the pre-trial conference scheduled for Friday, February 16, 2007 at 9:00AM.. Defendant, therefore, moves the Court to direct the U.S. Marshall to insure Defendant's appearance at said pre-trial conference.

    Respectfully submitted this day, February 14, 2007.

                                                      /s/Timothy C. Halstrom
                                                    Timothy C. Halstrom
                                                    Bar Number HAL021
                                                    Attorney for Defendant Badillo

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com  - email

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 14, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification to all interested parties as appropriate.

                                                  /s/Timothy C. Halstrom
                                                  Timothy C. Halstrom
                                                  Bar Number HAL021