IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


UNITED STATES OF AMERICA          )
                                  )
v.                                )          CR. NO. 2:06cr213-MEF
                                  )
CARLOS BADILLO                    )
KELLY MCDOUGAL                    )
CHRISTINE ALBIN                   )
LAWANA ALBIN                      )


## ORDER ON MOTION

On February 14, 2007, Defendant Carlos Badillo filed a motion requesting that

the Court order the U.S. Marshall service to produce Defendant for the pretrial

conference scheduled in this case on Friday, February 16, 2007 (Doc. #73).  In the

Court's Order on Arraignment(Doc. #45), the Court expressly stated that "[c]ounsel

who want in-custody defendants to attend [the pretrial conference] must notify the

Magistrate Judge within three days of the conference date."  (Doc. #25).  The pretrial

conference in this matter is scheduled for February 16, 2007.  Defendant filed his

motion on February 14, 2007.  (Doc. #73).  The motion is therefore untimely.  Under

these circumstances, it is

ORDERED that the Motion (Doc. #73), is DENIED.

DONE this 15th day of February, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE