COURTROOM DEPUTY'S MINUTES               DATE: 2/16/07

MIDDLE DISTRICT OF ALABAMA                Digital Recording:   9:13 - 9:21

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE. WALLACE CAPEL, JR.**     **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:06cr213-MEF     **DEFENDANT(S):** Carlos Badillo, Christine Albin, Lawana Albin, Kelly McDougal

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| | * | Timothy Halstrom-Carlos Badillo |
| Susan Redmond | | Christine Freeman - Lawana Albin |
| | | (Standing in For Jennifer Hart) |
| | | Daniel Gary Hamm -Christine Albin |
| | * | Crowell DeBardeleben-Kelly McDougal |
| | * | |

❏ **DISCOVERY STATUS:**           Complete

❏ **PENDING MOTION STATUS:**   Badillo-Oral Motion for Detention

❏ **PLEA STATUS:**           Possible Plea as to all defendants

❏ **TRIAL STATUS**
                            3/12/07 Trial Term

❏ **REMARKS:** Parties to file a Joint Motion to Continue by 2/2l/07 which is unopposed by the Government.

Negotiations and additional proffers ongoing; Defendant Lawana Albin may file a motion to sever if needed.

Case 2:06-cr-00213-MEF-WC    Document 75    Filed 02/16/2007    Page 2 of 2