IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:06-CR-213-MEF |
| | ) | |
| CARLOS BADILLO | ) | |

ORDER ON MOTION

Upon consideration of the government's motion for release of prisoner filed on February 23, 2007, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Carlos Badillo, to Tom Halasz, DEA, and/or Doug Walters, DEA, on February 26, 2007, through May 26, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Tom Halasz, DEA, and/or Doug Walters, DEA, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the 23rd day of February, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE