IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CASE NO. 2:06cr213-MEF |
| ) | |
| CARLOS BADILLO ) | |
| CHRISTINE ALBIN ) | |
| LAWANA ALBIN | |

# ORDER

Based upon this court's order resetting the trial in the above-styled case from March 12, 2007, to July 9, 2007, and for good cause, it is

ORDERED that the parties shall appear for a pretrial conference on June 18, 2007, at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 12th day of March, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE