IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **PLAINTIFF** | * | |
| | * | |
| v. | * | CR NO. 2:06cr213-MEF |
| | * | |
| **CARLOS BADILLO** | * | |
| **DEFENDANT** | * | |

## NOTICE OF INTENT TO CHANGE PLEA

Comes now Defendant, Carlos Badillo, by and through counsel of record, and gives notice to the Court of Defendant's intent to change his plea.

Respectfully submitted this day, June 19, 2007.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Carlos Badillo

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 19, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the respective parties.

                                                            /s/Timothy C. Halstrom
                                                            Timothy C. Halstrom
                                                            Bar Number HAL021