```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                              )
v.                            )     CR. NO. 2:06cr213-MEF
                              )
CARLOS BADILLO,               )
KELLY MCDOUGAL,               )
CHRISTINE ALBIN and           )
LAWANA ALBIN                  )
```

## MOTION TO STRIKE FORFEITURE ALLEGATION

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby moves this Court to strike the forfeiture allegation in the indictment returned September 7, 2006.

A proposed Order is filed herewith.

Respectfully submitted this 19th day of June, 2007.

                                        FOR THE UNITED STATES ATTORNEY
                                            LEURA G. CANARY

                                      /s/John T. Harmon
                                      John T. Harmon
                                      Assistant United States Attorney
                                      Bar Number: 7068-II58J
                                      Office of the United States Attorney
                                      Middle District of Alabama
                                      One Court Square, Suite 201
                                      Montgomery, Alabama 36104
                                      Telephone:(334) 223-7280
                                      Bar Number: 7068-II58J

CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2007, I electronically filed the foregoing Motion to Strike with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06cr213-MEF |
| ) | |
| CARLOS BADILLO, ) | |
| KELLY MCDOUGAL, ) | |
| CHRISTINE ALBIN and ) | |
| LAWANA ALBIN ) | |

O R D E R

Upon consideration of the Motion to Strike heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that the forfeiture allegation is hereby stricken.

DONE this ____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE