IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:06-cr-213-MEF |
| ) | (WO) |
| CARLOS BADILLO ) | |
| KELLY McDOUGAL ) | |
| CHRISTINE ALBIN and ) | |
| LAWANA ALBIN | |

## **O R D E R**

Upon consideration of the government's Motion to Strike Forfeiture Allegation (Doc. #94) filed on June 19, 2007, it is hereby

ORDERED that the motion is GRANTED

DONE this the 20th day of June, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE