| COURTROOM DEPUTY MINUTES | DATE: 6/21/07 | DIGITAL RECORDING: 9:30 - 9:50 |
|---|---|---|
| MIDDLE DISTRICT OF ALABAMA | | COURT REPORTER: Mitchell Reisner |

❏ ARRAIGNMENT    x CHANGE OF PLEA    ❏ CONSENT PLEA

❏ RULE 44(c) HEARING    ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** *WALLACE CAPEL, JR.*    **DEPUTY CLERK:** *WANDA ROBINSON*

**CASE NUMBER:** *2:06cr213-MEF*    **DEFENDANT NAME:** *Carlos Badillo*

**AUSA:** *Matthew Shepherd*    **DEFENDANT ATTY:** *Timothy Charles Halstrom*

Type Counsel:    ( ) Waived;   ( ) Retained;   ( X ) Panel CJA;   ( ) CDO

**USPO:** Kevin Poole

Defendant _____ does __x__ does NOT need and interpreter.

Interpreter present? __x__ NO _____ YES    Name:

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ❏ Not Guilty                    ❏ Nol Contendere

❏ Not Guilty by reason of insanity

x ❏ Guilty as to:

X-Count(s) __1, 2, 3__  of the Felony Indictment.

❏ Count(s) _____    ❏ dismissed on oral motion of USA;

❏ to be dismissed at sentencing

X — **ORAL ORDER ADJUDICATING GUILT as to COUNTS 1, 2, 3**

X — Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea Agreement entered

— _____ Days to file pretrial motions.    ❏ _____ Trial date or term.

— **ORDER:** Defendant Continued under ❏ same bond ; ❏ Released on Bond & Conditions of Release

❏ summons; for:

❏ Trial on _____; ❏ Sentencing ❏ to be set by Separate Order

X — **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Posting a $_____ Bond;

❏ Trial on _____; or **X**-Sentencing X-set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.