IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>)<br>Plaintiff,    )<br>)<br>v.    )<br>CARLOS BADILLO,    )<br>)<br>Defendant.    ) | CR ACTION NO: 2:06cr213-MEF |

## ORDER ON MOTION

Upon consideration of the defendant's Motion to Suspend Rules and Permit Leave of Absence filed on June 13, 2007 (Doc. 89), the motion was granted but due to failure with the CM/ECF computer system, was not docketed. The hearing referred to was held on June 18, 2007. Therefore, it is

ORDERED that the motion is MOOT.

Done this 21st day of June, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE