IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO.  2:06-CR-213-MEF |
| CARLOS BADILLO ) | |

<u>MOTION FOR ORDER DIRECTING THE UNITED STATES MARSHAL
TO RELEASE CUSTODY OF PRISONER</u>

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody CARLOS BADILLO into the custody of DEA Special Agents Tom Halasz and/or Doug Walters, on July 24, 2007, through December 31, 2007, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

We further move the Court to enter an order directing Special Agents Tom Halasz and/or Doug Walters to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 23rd day of July, 2007.

          LEURA G. CANARY
          UNITED STATES ATTORNEY

          /s/ Susan R. Redmond
          SUSAN R. REDMOND
          Assistant United States Attorney
          1 Court Square, Suite 201
          Montgomery, Alabama 36104
          (334) 223-7280     (334) 223-7135 Fax
          susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CR. NO.   2:06-CR-213-MEF |
| CARLOS BADILLO | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Timothy Halstrom, Esquire.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
1 Court Square, Suite 201
Montgomery, Alabama 36104
(334) 223-7280     (334) 223-7135 Fax
susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CR. NO.  2:06-CR-213-MEF |
| CARLOS BADILLO | ) |

ORDER

Upon consideration of the government's motion for release of prisoner (Doc. #   ), filed on July 23, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of CARLOS BADILLO to DEA Special Agents Tom Halasz and/or Doug Walters, on July 24, 2007, through December 31, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Special Agents Tom Halasz and/or Doug Walters shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the _____ day of July, 2007.

_____
UNITED STATES MAGISTRATE JUDGE