IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR. NO.: 2:06cr213-MEF |
| | ) | |
| CARLOS BADILLO | ) | |

**ORDER ON MOTION**

Upon consideration of the Government's motion to release custody of prisoner (Doc. #104), filed on July 23, 2007, and for good cause, it is

ORDERED that the motion (Doc. #104) is GRANTED. It is further

ORDERED that the United States Marshals Service shall release custody of CARLOS BADILLO to DEA Special Agents Tom Halasz and/or Doug Walters, on July 24, 2007, through December 31, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is further

ORDERED that Special Agents Tom Halasz and/or Doug Walters shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this 24th day of July, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE