IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
|     **PLAINTIFF** * | |
| * | |
| v. * | CR NO. 2:06cr213-MEF |
| * | |
| **CARLOS BADILLO** * | |
|     **DEFENDANT** * | |

## MOTION TO EXPEDITE SENTENCING

      Comes now Defendant, Carlos Badillo, by and through counsel of record, and moves the court to expedite the sentencing hearing presently set for January 3, 2008 and in support thereof states as follows:

1.    Defendant entered his plea of guilty on June 21, 2007 pursuant to a plea agreement.

2.    Counsel is of the opinion and has reason to believe sentencing in this matter has been delayed due to the pending trial of two co-defendants who have now entered guilty pleas.

3.    The undersigned counsel has discussed this Motion with the U.S. Probation Officer Kevin Poole, who is assigned to prepare the Pre-Sentence Investigation Report (PSR). Mr. Poole has completed the PSR on Defendant.

4.    Co-Defendant, Kelly McDougal, filed a motion to expedite her sentencing hearing which motion was granted. She is scheduled to be sentenced on October 18, 2007.

5.    Counsel has been advised that the Government may have an objection to sentencing on October 18, 2007.

      Nonetheless, the above matters considered, defendant prays this Court enter an order

moving Defendant's sentencing to an earlier date than January 3, 2008.

Respectfully submitted this day, September 28, 2007.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Defendant

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the respective parties.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021