IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-213-MEF |
| | ) | |
| CARLOS BADILLO | ) | |

# **O R D E R**

Upon consideration of the defendant's Motion to Expedite Sentencing (Doc. #123) filed on September 28, 2007, it is hereby

ORDERED that the government show cause in writing on or before October 5, 2007 as to why the motion should not be granted.

DONE this 1st day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE