IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-213-MEF |
| | ) | |
| CARLOS BADILLO | ) | |

## **O R D E R**

Upon consideration of the defendant's Motion to Expedite Sentencing (Doc. #123) filed on September 28, 2007, it is hereby

ORDERED that motion is GRANTED.  It is further ORDERED that the sentencing hearing set in this case for January 3, 2008 is rescheduled for October 18, 2007 at 2:00 P.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this 3rd day of October, 2007.

                                                    /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE