IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-213-MEF |
| | ) | |
| CARLOS BADILLO | ) | |

## **O R D E R**

Upon consideration of the Motions to Discharge Counsel (Doc. #140 & Doc. #141) filed on October 22, 2007 and October 29, 2007 by defense counsel, Timothy C. Halstrom, it is hereby

ORDERED that the motions are GRANTED.

DONE this the 31st day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE